Certificate Number: 12433-PAM-DE-036342327

Bankruptcy Case Number: 22-00092



12433-PAM-DE-036342327

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on February 20, 2022, at 1:15 o'clock PM EST, Tara M. Parker completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   February 20, 2022            By:   /s/Lance Brechbill

                                     Name: Lance Brechbill

                                     Title: Teacher